UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS TRUST et al., <br>              Plaintiff(s), <br>    v. <br><br> CASCADE FLOORING OF THURSTON COUNTY LLC et al., <br>              Defendant(s). | CASE NO. C23-01802-KKE <br><br> ORDER |

On March 20, 2024, the Court stayed this case for 90 days to allow time for the parties to perform an audit of Cascade Flooring of Thurston County, LLC's employment, payroll, and contract records. Dkt. No. 11. The stay has since expired without the parties moving for more time to complete the audit.

Accordingly, the Court ORDERS the parties to file a joint status report by October 14, 2024, providing the status of the audit and addressing whether the parties need the Court to extend the stay.

Dated this 24th day of September, 2024.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge

ORDER - 1