UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS TRUST et al., Plaintiff(s), v. CASCADE FLOORING OF THURSTON COUNTY LLC et al., Defendant(s). | CASE NO. C23-01802-KKE ORDER |
|---|---|

On October 14, 2024, Plaintiffs indicated that the parties are prepared to proceed with the case. Dkt. No. 13. Accordingly, the Court LIFTS the stay. The Court also ORDERS the parties to file a combined joint status report and discovery plan as required by FRCP 26(f) and Local Civil Rule 26(f) by November 1, 2024. *See* Dkt. No. 7 at 3–7. The parties shall not file separate reports, and as the Court previously explained, if the parties disagree on any part of the report, they may answer in separate paragraphs. *Id.* at 7.

Dated this 22nd day of October, 2024.

Kymberly K. Evanson
United States District Judge

ORDER - 1