UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS TRUST et al., <br>     Plaintiff(s), <br> v. <br> CASCADE FLOORING OF THURSTON COUNTY LLC et al., <br>     Defendant(s). | CASE NO. C23-01802-KKE <br><br> DISMISSAL ORDER |

The parties have notified the Court that they have settled this case. Dkt. Nos. 22, 23. As it appears that no issue remains for the Court's determination, the Court GRANTS the parties' stipulated motion for dismissal. Dkt. No. 23. Pursuant to the parties' agreement, all claims asserted herein are DISMISSED with prejudice and without costs to any party.

The trial date and pretrial dates previously set (Dkt. No. 18) are hereby VACATED.

Dated this 21st day of July, 2025.

Kymberly K. Evanson
United States District Judge

DISMISSAL ORDER - 1